# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOKTON SPEERT, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. C04-1975L<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO JOIN ADDITIONAL PARTIES |

This matter comes before the Court on the Motion for Extension of Time to Join Additional Parties (Dkt. # 31) filed by plaintiffs Jokton Speert, *et al.* ("Plaintiffs"). Plaintiffs have requested that the deadline for joining additional parties be extended from May, 2005 to August, 2005. The government does not oppose the motion, but notes that the requested extension may cause logistical problems with the Court's current scheduling order.

Plaintiffs' motion is GRANTED. The deadline for joining additional parties will be extended to August, 2005. In light of the potential logistical problems identified by the government, the trial date and all related deadlines will also be extended. The Court will issue

ORDER GRANTING MOTION
FOR EXTENSION OF TIME
TO JOIN ADDITIONAL PARTIES

1 an amended order setting trial date and related dates that reflects these extensions.

2    DATED this 22nd day of April, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
FOR EXTENSION OF TIME
TO JOIN ADDITIONAL PARTIES           -2-